UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____ )
                                  )
UNITED STATES OF AMERICA          )
                                  )
v.                                )          Docket No. 25-mj-30353
                                  )
YUNQING JIAN,                     )
                 Defendant.       )
_____ )

## NOTICE OF CHANGE OF ADDRESS

Please take notice that as of August 23, 2025, the address for undersigned counsel will be

2 Oliver Street, Suite 200, Boston, MA 02109.

Respectfully submitted,

_____
David Duncan (BBO #546121)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
T: (617) 742-6020
F: (617) 742-3269
dduncan@zalkindlaw.com

Dated: August 10, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

/s/ David Duncan
David Duncan