UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED
SEP 18 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

v.

    Criminal No. 25-20701

    Honorable

Yunqing Jian,

    Defendant.

## WAIVER OF INDICTMENT

I, Yunqing Jian, the defendant in this case, understand that I am being charged with the following felonies: one count of conspiracy to commit smuggling, 18 U.S.C. § 371, one count of smuggling, in violation of 18 U.S.C. § 545, and one count of false statements, in violation of 18 U.S.C. § 1001. I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Yunqing Jian
Defendant

_____
Norman Zalkind
Attorney for Defendant

_____
David Duncan
Attorney for Defendant

_____
James Gerometta
Attorney for Defendant

Dated: 9-18-2025