UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                                      Case No. 25-cr-20701

                                                                                                                        Hon. Susan K. DeClercq

YUNQING JIAN,

         Defendant.
_____/

**GOVERNMENT'S NOTICE OF INTENT
TO REQUEST JUDICIAL ORDER OF REMOVAL**

       Notice is hereby given to Defendant Yunqing Jian (the defendant) and to her attorneys of record, Norman Zalkind, David Duncan and James Gerometta, that, consistent with her agreement with the United States, upon the conviction and sentencing of the defendant for violations of 18 U.S.C. § 545 (smuggling goods into the United States) and 18 U.S.C. § 1001 (false statements), the United States of America shall request that the Court issue an Order of Judicial Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Respectfully submitted,

JEROME F. GORGON JR.
UNITED STATES ATTORNEY


*s/Michael C. Martin*
Michael C. Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9100
E-Mail: Michael.C.Martin@usdoj.gov

Dated: November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

  Norman Zalkind, Attorney for Defendant
  David Duncan, Attorney for Defendant
  James Gerometta, Attorney for Defendant


*s/Michael C. Martin*
Michael C. Martin
Assistant United States Attorney

2