UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

YUNQING JIAN,

        Defendant.

_____/

Case No. 25-cr-20701

Hon. Susan K. DeClercq

## **FACTUAL ALLEGATIONS IN SUPPORT OF STIPULATED JUDICIAL ORDER OF REMOVAL**

Notice is hereby given to Yunqing Jian ("the defendant") and to her attorneys of record, Norman Zalkind, David Duncan, and James Gerometta, that the United States of America alleges the following facts in support of the Notice of Intent to Request Stipulated Order of Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the People's Republic of China and a citizen of the People's Republic of China.

3. On or about August 13, 2022, the defendant was admitted into the United States with a J-1 nonimmigrant visa as an exchange visitor to conduct research as a postdoctoral university scholar.

4. At the time of sentencing in the instant criminal proceeding, the

      defendant will be convicted in the United States District Court, Eastern District of Michigan, Southern Division, under Count 2 of the Information for a violation of 18 U.S.C. § 545, Smuggling Goods into the United States, and Count 3 of the Information for a violation of 18 U.S.C. § 1001, False Statements.

5. The maximum sentence for Count Two is twenty years' imprisonment. The maximum sentence for Count Three is five years' imprisonment.

6. The defendant is, and at the time of sentencing will be, subject to removal from the United States pursuant to Section 237(a)(1)(C)(i) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1227(a)(1)(C)(i), as an alien who was admitted as a nonimmigrant and who has failed to comply with the conditions of her nonimmigrant status.

7. The defendant has acknowledged that she is subject to removal, has waived her right to notice and a hearing and has agreed to entry of a Stipulated Order of Judicial Removal, pursuant to Title 8, United States Code, Section 1228 as part of the Rule 11 Plea Agreement, as further provided in Title 8, United States Code, Section 1228(c)(5).

WHEREFORE, pursuant to Section 238(c) of the Immigration and

Nationality Act, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to the People's Republic of China, as set forth in the Stipulated Judicial Order of Removal. Such removal to be affected upon completion of her term of incarceration.

Respectfully submitted,

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

*s/Michael C. Martin*
Michael C. Martin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone:  (313) 226-9100
E-Mail: Michael.C.Martin@usdoj.gov

Dated: November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

    Norman Zalkind, Attorney for Defendant
    David Duncan, Attorney for Defendant
    James Gerometta, Attorney for Defendant

    *s/Michael C. Martin*
    Michael C. Martin
    Assistant United States Attorney