UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 25-cr-20701

        Hon. Susan K. DeClercq

Yunqing Jian,

        Defendant.

_____/

## CONCURRENCE OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

K. Raycraft
Digitally signed by K. Raycraft
Date: 2025.10.14 16:39:36 -04'00'

Kevin C. Raycraft
Acting Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
Detroit, Michigan